**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BARBARA THOMPSON, individually and on behalf of all others similarly situated, | **Case No.: 1:22-cv-00470-PKC-RML** |
| Plaintiffs, | **COLLECTIVE ACTION** |
| v. | **NOTICE OF SETTLEMENT** |
| BK VENTURE GROUP LTD dba STARLETS, a New York corporation; and KEVIN BURCH, an individual. | |
| Defendants. | |

_____ /

      COME NOW Plaintiffs Barbara Thompson and Taylor Stewart (collectively, "Plaintiffs") and inform this Court that Plaintiffs and Defendants BK Venture Group Ltd. dba Starlets and Kevin Burch (collectively, "Defendants") have reached an agreement to settle the above-referenced matter.

///

///

///

///

///

///

///

///

///

///

///

NOTICE OF SETTLEMENT          PAGE 1 OF 2

Plaintiffs request this Court vacate all pending dates and deadlines and allow thirty (30) days within which to file a Motion for Settlement Approval.

Dated: April 25, 2023

/s/ John P. Kristensen
John P. Kristensen (*Pro Hac Vice*)
California Bar No. 224132
Justice D. Turner (*Pro Hac Vice*)
California Bar No. 336579
**CARPENTER & ZUCKERMAN**
8827 W. Olympic Blvd.
Beverly Hills, CA 90211
Telephone: (310) 273-1230
Fax: (310) 858-1063
*kristensen@cz.law*
*kristensenteam@cz.law*
*jturner@cz.law*

***Attorneys for Plaintiffs***